SEBASTIAN BLUMLE V. BALTHAZ KRAMER.

(Filed September 2, 1904.)

Error from the District Court of Oklahoma County; before Benj. F. Burwell, Trial Judge.

M. Fulton and G. A. Paul, for plaintiff in error.

H. H. Howard, for defendant in error.

Opinion of the court by

PANCOAST, J.: The facts which are material in this case are exactly the same as those of case No. 1462, Sebastian Blumle and Caroline Blumle, v. Balthaz Kramer, and upon the authority of that case and the principles enunciated therein, this case is affirmed.

Burwell, J., who presided in the court below, not sitting; all the other Justices concurring.